# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**DISTRICT OF COLUMBIA**,
   400 6th Street NW
   Washington, DC 20001,

   *Plaintiff*,

v.

**DONALD J. TRUMP**, *in his official capacity as President of the United States*;
   1600 Pennsylvania Avenue NW
   Washington, DC 20500

**PAMELA J. BONDI**, *in her official capacity as United States Attorney General*;
   950 Pennsylvania Avenue NW
   Washington, DC 20530

**UNITED STATES DEPARTMENT OF JUSTICE**;
   950 Pennsylvania Avenue NW
   Washington, DC 20530

**TERRANCE C. COLE**, *in his official capacity as Administrator of the United States Drug Enforcement Administration*;
   8701 Morrissette Drive
   Springfield, VA 22152

**UNITED STATES DRUG ENFORCEMENT ADMINISTRATION**;
   8701 Morrissette Drive
   Springfield, VA 22152

**GADYACES S. SERRALTA**, *in his official capacity as Director of the United States Marshals Service*;
   1215 South Clark Street
   Arlington, VA 22202

**UNITED STATES MARSHALS SERVICE**;
   1215 South Clark Street
   Arlington, VA 22202

   *Defendants*.

Case No.: 1:25-cv-2678

**PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

Pursuant to Local Civil Rule 65.1(a), Plaintiff District of Columbia moves for a temporary restraining order enjoining the Defendants from implementing or enforcing Attorney General Order No. 6370-2025, "Restoring Safety and Security to the District of Columbia" (Bondi Order), issued by the Office of the Attorney General on August 14, 2025, or any similar order or directive, until the Court can further consider the merits.  As set forth in more detail in the accompanying brief, the Bondi Order violates the Administrative Procedure Act because it is contrary to law, in excess of the Agency Defendants' statutory authority, arbitrary and capricious, an abuse of discretion, and otherwise not in accordance with the law.  Defendants' actions also exceed their authority under the D.C. Home Rule Act and violate the separation of powers, Take Care Clause, and District Clause of the Constitution. The District will suffer devastating and irreparable harms unless the order is promptly enjoined. The public interest and balance of equities favor granting an injunction.

Pursuant to Local Civil Rule 65.1(a), undersigned counsel certifies that at 1:30 a.m. on August 15, 2025, counsel for the District emailed the following people to alert them of the District's intention to file a complaint and motion for a temporary restraining order in the morning of August 15, 2025: Brian P. Hudak, Chief of the Civil Division of the U.S. Attorney's Office, at Brian.Hudak@usdoj.gov; Diana Valdivia, Deputy Chief, Civil Division, U.S. Attorney's Office, at diana.valdivia@usdoj.gov; John Griffiths, Federal Programs Branch, Department of Justice, at john.griffiths@usdoj.gov; Alex Haas, Federal Programs Branch, Department of Justice, at Alex.Haas@usdoj.gov; and Diane Kelleher, Federal Programs Branch, Department of Justice, at Diane.Kelleher@usdoj.gov.

Immediately prior to making this application to the Court, on August 15, 2025 around 9:45 a.m., Counsel for the District emailed the same group of attorneys with copies of all pleadings and papers filed in this action to date, including the complaint, motion for temporary restraining order and accompanying brief, declaration, and proposed order.

Dated: August 15, 2025

Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

EMMA SIMSON (D.C. Bar No. 1026153)
ELIZA H. SIMON (D.C. Bar No. 90035651)
Senior Counsels to the Attorney General

/s/ Mitchell P. Reich
MITCHELL P. REICH (D.C. Bar No. 1044671)
Senior Counsel to the Attorney General

COTY MONTAG (D.C. Bar No. 498357)
Deputy Attorney General
Public Advocacy Division

BENJAMIN MOSKOWITZ (D.C. Bar No. 1049084)
Assistant Deputy Attorney General
Legal Counsel Division

ALICIA M. LENDON (D.C. Bar No. 1765057)
Chief, Civil Rights and Elder Justice Section
Public Advocacy Division

NICOLE S. HILL (D.C. Bar No. 888324938)
PAMELA DISNEY (D.C. Bar No. 1601225)
GRIFFIN SIMPSON (D.C. Bar No. 1753943)
ANDREW MENDRALA (D.C. Bar No. 1009841)
Assistant Attorneys General
Office of the Attorney General for
the District of Columbia
400 6th Street NW
Washington, DC 20001
Tel: (202) 279-1261
mitchell.reich@dc.gov

*Attorneys for the District of Columbia*