# Exhibit A



# Office of the Attorney General
## Washington, D. C. 20530

ORDER NO. 6370-2025

## RESTORING SAFETY AND SECURITY TO THE DISTRICT OF COLUMBIA

Residents of the District of Columbia, the thousands of Americans who commute into the District for work every day, and the millions of tourists from all over the world who visit our Nation's capital have a right to feel safe and to be free from the scourge of violent crime. Notwithstanding false media narratives and apparent efforts by some District employees to manipulate crime statistics, the danger posed by violent crime in the District is plain for all to see. As Executive Order 14333 of August 11, 2025 (Declaring a Crime Emergency in the District of Columbia), makes clear, the "rising violence in the capital now urgently endangers public servants, citizens, and tourists" and is impeding the proper functioning of the Federal Government. These dangers are multiplied by the District's sanctuary city policies, which actively shield criminal aliens from the consequences required by federal law. The proliferation of illegal aliens into our country during the prior Administration, including into our Nation's capital, presents extreme public safety and national security risks to our country.

Pursuant to section 3 of Executive Order 14333 and section 740(a) of the District of Columbia Home Rule Act, I hereby order the Mayor of the District of Columbia and the Metropolitan Police Department ("MPD") to immediately implement the following directives:

(1) Effective immediately, Drug Enforcement Administration Administrator Terrence C. Cole shall serve as MPD's Emergency Police Commissioner for the duration of

the emergency declared by the President. Commissioner Cole shall assume all of the powers and duties vested in the District of Columbia Chief of Police. Commissioner Cole shall have the authority to issue any general orders, executive orders, or other written directives that apply to Members of the MPD. Existing MPD leadership, including the current Chief of Police, members of the Executive Office of the Chief of Police, Bureau Heads/Executive Staff, and Commanders must receive approval from Commissioner Cole before issuing any further directives to the MPD.

(2) Executive Order EO-25-005, issued on August 14, 2025, by the Chief of Police, is hereby rescinded.

(3) Section IV, paragraph 22 of General Order GO-PER-201.26 is hereby suspended until further notice.

(4) Section II, paragraphs A.2 and F of General Order GO-PCA-702.01 are hereby suspended until further notice.

(5) The MPD is directed to enforce, to the maximum extent permissible by law, section 22-1307, District of Columbia Code, and all District of Columbia municipal regulations pertaining to the unlawful occupancy of public spaces.

To the extent that provisions in this Order conflict with any existing MPD directives, those directives are hereby rescinded.

_8/14/25_
Date

_Pam Bondi_
Pamela Bondi
Attorney General