# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA**,<br>    400 6th Street NW<br>    Washington, DC 20001,<br><br>*Plaintiff*,<br><br>v.<br><br>**DONALD J. TRUMP**, *in his official capacity as President of the United States*;<br>    1600 Pennsylvania Avenue NW<br>    Washington, DC 20500<br><br>**PAMELA J. BONDI**, *in her official capacity as United States Attorney General*;<br>    950 Pennsylvania Avenue NW<br>    Washington, DC 20530<br><br>**UNITED STATES DEPARTMENT OF JUSTICE**;<br>    950 Pennsylvania Avenue NW<br>    Washington, DC 20530<br><br>**TERRENCE C. COLE**, *in his official capacity as Administrator of the United States Drug Enforcement Administration*;<br>    8701 Morrissette Drive<br>    Springfield, VA 22152<br><br>**UNITED STATES DRUG ENFORCEMENT ADMINISTRATION**;<br>    8701 Morrissette Drive<br>    Springfield, VA 22152<br><br>**GADYACES S. SERRALTA**, *in his official capacity as Director of the United States Marshals Service*;<br>    1215 South Clark Street<br>    Arlington, VA 22202<br><br>**UNITED STATES MARSHALS SERVICE**;<br>    1215 South Clark Street<br>    Arlington, VA 22202<br><br>*Defendants*. | Case No.: 1:25-cv-2678 |

## [PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER

Upon consideration of Plaintiff's motion for a temporary restraining order and accompanying brief, it is hereby

**ORDERED** that the motion is **GRANTED**; it is further

**ORDERED** that Defendants are **ENJOINED** from implementing or enforcing Order No. 6370-2025, "Restoring Safety and Security to the District of Columbia," until further order of this Court; and it is further

**ORDERED** that Defendants are **ENJOINED** from assuming any position of command within the MPD; and it is further

**ORDERED** that Defendants are **ENJOINED** from issuing future orders or directives or taking any other action that attempts to take operational control of MPD or otherwise place MPD under the control of anyone other than the Mayor and the Chief of Police.

**SO ORDERED**.

Dated: August ____, 2025

_____
UNITED STATES DISTRICT JUDGE