IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA, *Plaintiff,* v. DONALD J. TRUMP, et al, *Defendant.* | Case No. 25-cv-2678 (ACR) |

**OVERSIGHT PROJECT AND PRESIDENT MIKE HOWELL'S MOTION TO PARTICIPATE AS *AMICI CURIAE***

The Oversight Project ("Oversight") and its President Mike Howell respectfully seek leave to participate in this matter as *amici curiae* to oppose all requested relief and for the entry of an appropriate briefing schedule and states as follows:

1. The Oversight Project is an initiative aimed at obtaining information via Freedom of Information Act requests and other means in order to best inform the public and Congress for the purposes of Congressional oversight as well as pursuing Oversight's policy objectives via litigation. By function, the Oversight Project is primarily engaged in disseminating information to the public. Oversight Project, https://itsyourgov.org/. The Oversight Project and Mike Howell's journalistic work is published most frequently on X (formally known as Twitter) to provide information directly to the American people. *See* Oversight Project https://x.com/ItsYourGov. Mike Howell is a contributor for Blaze Media. *See* https://www.theblaze.com/u/mikehowell.

2. The Oversight Project has extensive experience, both in and out of federal courts, with issues related to policing and law enforcement. *See, e.g., United States v. Jefferson County et al.*, 3:24-cv-722 (BJB) (W.D. Ky.). The Oversight Project has been involved in what it believes

1

to be the serious Constitutional and other legal issues with D.C. Home Rule and their attendant policy consequences and has already addressed the practical need for enhanced public safety. *See, e.g.*, https://x.com/ItsYourGov/status/1952788579861598237

3. The Oversight Project frequently litigates in federal courts across the nation as both plaintiff and *amicus curie* and its attorneys regularly appear on national media to provide explanation and commentary on complex legal topics. *See, e.g.*, Brief of Heritage Found. as *Amicus Curie*, *United States v. Hunter Biden*, No. 23-cr-61(MN) (D Del. July 25, 2023) (ECF NO. 13).

4. WHEREFORE, for the foregoing reasons Oversight prays that the Court:

Enter an order allowing the Oversight Project to appear in this matter as *amicus curie*.[1]

---

[1] Counsel for Plaintiff does not oppose this Motion. Counsel for Defendant has not appeared.

Dated:  August 15, 2025.August 15, 2025	Respectfully submitted,

/s/ Samuel Everett Dewy

SAMUEL EVERETT DEWEY
(D.C. Bar No. 999979)
Chambers of Samuel Everett Dewey, LLC
Telephone:   (703) 261-4194
Email:  samueledewey@sedchambers.com

*Counsel for The Oversight Project*
