UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DISTRICT OF COLUMBIA**,<br>　　400 6th Street NW<br>　　Washington, DC 20001,<br><br>　　　　*Plaintiff*,<br><br>　　v.<br><br>**DONALD J. TRUMP**, *in his official capacity as President of the United States*;<br>　　1600 Pennsylvania Avenue NW<br>　　Washington, DC 20500<br><br>**PAMELA J. BONDI**, *in her official capacity as United States Attorney General*;<br>　　950 Pennsylvania Avenue NW<br>　　Washington, DC 20530<br><br>**UNITED STATES DEPARTMENT OF JUSTICE**;<br>　　950 Pennsylvania Avenue NW<br>　　Washington, DC 20530<br><br>**TERRENCE C. COLE**, *in his official capacity as Administrator of the United States Drug Enforcement Administration*;<br>　　8701 Morrissette Drive<br>　　Springfield, VA 22152<br><br>**UNITED STATES DRUG ENFORCEMENT ADMINISTRATION**;<br>　　8701 Morrissette Drive<br>　　Springfield, VA 22152<br><br>**GADYACES S. SERRALTA**, *in his official capacity as Director of the United States Marshals Service*;<br>　　1215 South Clark Street<br>　　Arlington, VA 22202<br><br>**UNITED STATES MARSHALS SERVICE**;<br>　　1215 South Clark Street<br>　　Arlington, VA 22202<br><br>　　　　*Defendants*. | Case No.: 1:25-cv-2678 |

**NOTICE OF APPEARANCE**

Pursuant to LCvR 83.6(a), the Clerk shall please note the appearance of Assistant Attorney General Pamela A. Disney as counsel for Plaintiff.

Dated: August, 15 2025.     Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

BENJAMIN MOSKOWITZ (D.C. Bar No. 1049084)
Assistant Deputy Attorney General
Legal Counsel Division

*/s/ Pamela A. Disney*
PAMELA A. DISNEY [1601225]
Assistant Attorney General
Equity Section
400 Sixth Street, N.W., Suite 10100
Washington, D.C. 20001
(202) 807-0371
pamela.disney@dc.gov