# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DISTRICT OF COLUMBIA,
400 6th Street NW
Washington, DC 20001.,

        Plaintiff,

  v.

DONALD J. TRUMP, in his official capacity as President of the United States,
1600 Pennsylvania Avenue NW
Washington, DC 20500

PAMELA J. BONDI, in her official capacity as United States Attorney General
950 Pennsylvania Avenue NW
Washington, DC 20530

UNITED STATES DEPARTMENT OF JUSTICE
950 Pennsylvania Avenue NW
Washington, DC 20530

TERRANCE C. COLE, in his official capacity as Administrator of the United States Drug Enforcement Administration
8701 Morrisette Drive
Springfield, VA 22152

UNITED STATES DRUG ENFORCEMENT ADMINISTRATION
8701 Morrisette Drive
Springfield, VA 22152

GADYACES S. SERRALTA, in his official capacity as Director of the United States Marshals Service
1215 South Clark Street
Arlington, VA 22202

UNITED STATES MARSHALS SERVICE
1215 South Clark Street

No. 1:25-cv-02678

Arlington, VA 22202,

                  Defendants.

## NOTICE OF APPEARANCE

Please take notice that Kathryn L. Wyer hereby enters her appearance as counsel of record for Defendants in the above-captioned case.

Dated: August 15, 2025

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

ANDREW WARDEN
Assistant Director, Federal Programs Branch

*/s/ Kathryn L. Wyer*
KATHRYN L. WYER
Federal Programs Branch
U.S. Department of Justice, Civil Division
1100 L Street, N.W., Room 12014
Washington, DC 20005
Tel. (202) 616-8475
kathryn.wyer@usdoj.gov
*Attorneys for Defendants*