

**Office of the Attorney General**
Washington, D. C. 20530

ORDER NO. 6372-2025

RESTORING SAFETY AND SECURITY TO THE DISTRICT OF COLUMBIA

Residents of the District of Columbia, the thousands of Americans who commute into the District for work every day, and the millions of tourists from all over the world who visit our Nation's capital have a right to feel safe and to be free from the scourge of violent crime. Notwithstanding false media narratives and apparent efforts by some District employees to manipulate crime statistics, the danger posed by violent crime in the District is plain for all to see. As Executive Order 14333 of August 11, 2025 (Declaring a Crime Emergency in the District of Columbia), makes clear, the "rising violence in the capital now urgently endangers public servants, citizens, and tourists" and is impeding the proper functioning of the Federal Government. These dangers are multiplied by the District's sanctuary city policies, which actively shield criminal aliens from the consequences required by federal law. The proliferation of illegal aliens into our country during the prior Administration, including into our Nation's capital, presents extreme public safety and national security risks to our country.

Pursuant to section 3 of Executive Order 14333 and section 740(a) of the District of Columbia Home Rule Act, Drug Enforcement Administration Administrator Terrance C. Cole shall serve as the Attorney General's designee for the duration of the emergency declared by the President for the purpose of directing the Mayor of the District of Columbia to provide such services of the Metropolitan Police Department ("MPD") as the Attorney General deems necessary and appropriate.

Pursuant to section 3 of Executive Order 14333 and section 740(a) of the District of Columbia Home Rule Act, I hereby deem the following services to be necessary and appropriate and direct the Mayor to immediately provide for:

1. Assistance with the enforcement of federal immigration law, as deemed necessary and appropriate by Administrator Cole, notwithstanding D.C. Code § 24–211.07 or any other provision of the D.C. Code or MPD policy.

2. Assistance with locating, apprehending, and detaining aliens unlawfully present in the United States, as deemed necessary and appropriate by Administrator Cole, notwithstanding section II, paragraphs A.2 and F of General Order GO-PCA-702.01, D.C. Code § 24–211.07, or any other provision of the D.C. Code or MPD policy.

3. Database inquiries and compliance with requests for information from any federal law enforcement entity, as deemed necessary and appropriate by Administrator Cole, notwithstanding paragraph 22 of General Order GO-PER-201.26 or any other provision of the D.C. Code or MPD policy.

4. Enforcement of section 22-1307 of the D.C. Code and all D.C. municipal regulations pertaining to the unlawful occupancy of public spaces, as deemed necessary and appropriate by Administrator Cole.

Attorney General Order No. 6370-2025 is hereby rescinded.

_8/15/25_
Date

_Pamela Bondi_
Pamela Bondi
Attorney General