IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>                       Plaintiff,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*<br><br>                       Defendants. | No. 1:25-cv-02678-ACR |

**NOTICE OF WITHDRAWAL OF MOTION**

      Defendants have notified the Court that the U.S. Attorney General rescinded Order No. 6370-2025. Notice of Filing (ECF No. 10). Accordingly, Plaintiff respectfully informs the Court that it is withdrawing its Motion for a Temporary Restraining Order (ECF No. 2), which concerned the now-rescinded Order. Plaintiff's Complaint (ECF No. 1) remains on file, and Plaintiff is currently evaluating the new Attorney General Order, No. 6372-2025 (ECF No. 10-1), issued and filed last night.

Dated: August 16, 2025         Respectfully submitted,

                                        BRIAN L. SCHWALB
                                        Attorney General for the District of Columbia

                                        EMMA SIMSON (D.C. Bar No. 1026153)
                                        MITCHELL P. REICH (D.C. Bar No. 1044671)
                                        Senior Counsels to the Attorney General

                                        */s/ Eliza H. Simon*
                                        ELIZA H. SIMON (D.C. Bar No. 90035651)
                                        Senior Counsel to the Attorney General

                                        COTY MONTAG (D.C. Bar No. 498357)
                                        Deputy Attorney General
                                        Public Advocacy Division

BENJAMIN MOSKOWITZ (D.C. Bar No. 1049084)
Assistant Deputy Attorney General
Legal Counsel Division

ALICIA M. LENDON (D.C. Bar No. 1765057)
Chief, Civil Rights and Elder Justice Section
Public Advocacy Division

*/s/ Nicole S. Hill*
NICOLE S. HILL (D.C. Bar No. 888324938)
PAMELA DISNEY (D.C. Bar No. 1601225)
GRIFFIN SIMPSON (D.C. Bar No. 1753943)
ANDREW MENDRALA (D.C. Bar No. 1009841)
Assistant Attorneys General
Office of the Attorney General for
the District of Columbia
400 6th Street NW
Washington, DC 20001
Tel: (202) 727-4171
nicole.hill@dc.gov

*Attorneys for the District of Columbia*