IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA, * | |
| * | |
| *Plaintiff,* * | |
| * | |
| V. * | Case No. 25-cv-2678 (ACR) |
| * | |
| DONALD J. TRUMP, et al, *Defendant*. * | |

**SHAUNESI YVETTE DEBERRY'S MOTION TO PARTICIPATE AS *AMICI CURIAE***

Shaunesi Yvette DeBerry respectfully seek leave to participate in this matter as *amici curiae* as an expert witness to random federal apprehension being a common practice throughout the US, to provide this court with public interest insight surrounding state agencies mimicking the same actions that the plaintiffs object to the defendant's doing in this matter; and for the entry of an appropriate briefing schedule and states as follows:

1. Shaunesi Yvette DeBerry is a rising politician, human rights advocate, social media influencer and legal scholar with an initiative aimed at providing both insight from the highest state courts and federal courts to the average public layperson with written feedback and basic understanding of high-profile cases in which they directly risk being affected by the outcomes. By function, DeBerry is primarily engaged in disseminating information to the public. Shaunesi Yvette DeBerry's over fifteen-year human rights advocate and legal scholar is published most frequently on X (formally

RECEIVED
AUG 15 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

known as Twitter), Facebook, Twitter, Instagram, LinkedIn, TikTok, Lexus Nexus, to provide information directly to the American people. *See* Shaunesi DeBerry www.shaunesi.com.

2.      Shaunesi DeBerry has extensive experience, both in and out of state and federal courts, with issues related to public safety, policing and law enforcement. *See, e.g.*, *Shaunesi Yvette-DeBerry v. Carolyn J. Scruggs et al.*, 25-1080-TDC. Shaunesi has been involved in what she believes to be the serious Constitutional and other legal issues where she has experienced federal apprehension by the U.S. Marshal's at the call of State Governors, Agencies, and Law Enforcement for state level misdemeanors without legal basis and therefore brings a "real life situation" of why the Defendants are not "incorrect" in their authorities overreach in doing what surrounding states, specifically the State of Maryland has been unethically and silently doing for years. DeBerry argues that the Trump Administration appears to be attempting to imply the same approach that the State of Maryland used June 21, 2023 in allowing U.S. Marshal's to randomly overstep Howard County Police Department, Maryland and "apprehend" DeBerry under "Shaunessi Melvin" without local, state or federal legal basis to do so at the order of "Judge issued protected arrest warrant" from Anne Arundel County that has yet to surface publicly. DeBerry's apprehension by federal agents for a state level misdemeanor alleged failure to return a rental car has body camera footage available at https://www.youtube.com/watch?v=NjoFWw8Bw2A&t=40s that affirms local police stating they'd never experienced such but complicit in allowing the federal U.S. Marshals to assert unlawful authority. DeBerry argues if the Defendants are asserting unlawful authority in DC, surely, they are using a playbook from the State of Maryland and in the interest of the public DeBerry's insight can aid this court in allowing the Bondi Order to remain in effect as this isn't a "DC" issue, it's clearly happening everywhere and gives a bigger public interest.



3.  DeBerry frequently litigates in State Appellate Courts and federal courts across the nation as both plaintiff and *amicus curiae* and DeBerry regularly appears on social media to

thousands of followers provide explanations and commentary on complex legal topics. *See, e.g.*, Brief / Party of Interest Shaunesi DeBerry. as

*Amicus Brief Kivett v. North Carolina State Board of Elections et al. (No. P24-735)* (NC Court of Appeals)
Amicus Brief *United States v. Chief Judge Russell* No. 1:25-cv-02029 (ECF NO. 19). U.S. District Court of Maryland

Motion to Intervene for Limited Purposes (Pending) *Tina Peters v. John Feyen et al. (1:25-CV-00425(STV)*U.S. District Court of Colorado

    4.      WHEREFORE, for the foregoing reasons Oversight prays that the Court: Enter an order allowing the Shaunesi Yvette DeBerry to appear in this matter as *amicus curiae* as an expert witness to random federal apprehension being a common practice and therefore, Washington DC can't be any different .[1]

Dated: .August 15, 2025        Respectfully submitted,

_____

SHAUNESI YVETTE DEBERRY
2631 Housley Rd #1116
Annapolis MD 21401

Telephone: (240) 355-8012
Email: bookshaunesi@gmail.com

*Pro Se'*

---

[1] Counsel for Plaintiff has not objected . Counsel for Defendant has not appeared.