### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA,<br><br>                              Plaintiff,<br><br>  v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*<br><br>                            Defendants. | No. 1:25-cv-02678-ACR |

### **NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff District of Columbia (District) hereby gives notice that this action is voluntarily dismissed.

On August 11, 2025, the President invoked D.C. Code § 1-207.40 and directed the District's Mayor to provide the services of the Metropolitan Police Department (MPD). Three days later, the U.S. Attorney General issued Order No. 6370-2025, which purported to appoint a federal official as "Emergency Commissioner" of MPD pursuant to section 1-207.40. The following morning, the District filed a complaint and Motion for a Temporary Restraining Order (TRO) challenging that Order. That same day, the U.S. Attorney General rescinded Order No. 6370-2025. ECF No. 10. The District then withdrew its Motion for a TRO. ECF No. 11. On September 10, the President's invocation of D.C. Code § 1-207.40 expired. *See* D.C. Code § 1-207.40(b), (d).

Defendants have not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Dated: September 25, 2025        Respectfully submitted,

BRIAN L. SCHWALB
Attorney General for the District of Columbia

EMMA SIMSON (D.C. Bar No. 1026153)
MITCHELL P. REICH (D.C. Bar No. 1044671)
ELIZA H. SIMON (D.C. Bar No. 90035651)
Senior Counsels to the Attorney General

COTY MONTAG (D.C. Bar No. 498357)
Deputy Attorney General
Public Advocacy Division

BENJAMIN MOSKOWITZ (D.C. Bar No. 1049084)
Assistant Deputy Attorney General
Legal Counsel Division

ALICIA M. LENDON (D.C. Bar No. 1765057)
Chief, Civil Rights and Elder Justice Section
Public Advocacy Division

*/s/ Nicole S. Hill*
NICOLE S. HILL (D.C. Bar No. 888324938)
PAMELA DISNEY (D.C. Bar No. 1601225)
GRIFFIN SIMPSON (D.C. Bar No. 1753943)
ANDREW MENDRALA (D.C. Bar No. 1009841)
Assistant Attorneys General
Office of the Attorney General for
the District of Columbia
400 6th Street NW
Washington, DC 20001
Tel: (202) 727-4171
nicole.hill@dc.gov

*Attorneys for the District of Columbia*